IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSIE J. FLYNN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA and )<br>JASON S. BATSON, )<br>)<br>    Defendants. ) | Case No.  3:21-cv-1267 |

## **COMPLAINT**

## **COUNT 1**

Now comes the Plaintiff, CASSIE J. FLYNN, by and through her attorney, Eric J. Carlson of the law firm of Byron Carlson Petri & Kalb, LLC, and for Count 1 of her Complaint against the Defendant, UNITED STATES OF AMERICA, states as follows:

1. This action is brought pursuant to Title 28, United States Code §§2671-2680, also known as the Federal Tort Claim Act ("FTCA").

2. Jurisdiction for Plaintiff, CASSIE J. FLYNN's claim is based on 28 U.S.C. §1331 and §1346(b) because the case arises under federal law.

3. Venue is proper in the Southern District of Illinois under 28 U.S.C. §1402(b), because the alleged acts occurred within the Southern District of Illinois and the Plaintiff resides within the Southern District of Illinois.

4. Plaintiff, CASSIE J. FLYNN, is a United States citizen residing in Madison County, Illinois.

5. Prior and subsequent to December 2, 2019, the Defendant, UNITED STATES OF AMERICA, through the United States Department of Justice, United States Marshals Service,

engaged in the services of judicial security, fugitive apprehension, managing and selling seized assets, housing and transporting federal prisoners, and operating the Witness Security Program.

6. That on or about December 2, 2019, JASON S. BATSON, was an employee of Defendant, UNITED STATES OF AMERICA, in the United States Department of Justice, United States Marshals Service, acting within the course and scope of his employment.

7. That on or about December 2, 2019, JASON S. BATSON, drove a 2015 Chevrolet Tahoe southbound on Illinois State Route 159 approaching the intersection with Town Center Drive, Maryville, Madison County, Illinois.

8. That on or about December 2, 2019, Plaintiff, CASSIE J. FLYNN, operated a 2019 Volkswagen Passat southbound on Illinois State Route 159 and was stopped at a red light at the intersection with Town Center Drive, Maryville, Madison County, Illinois.

9. That it then and there became the duty of the Defendant, UNITED STATES OF AMERICA, by and through its agents, servants, and/or employee, JASON S. BATSON, to operate said vehicle with ordinary and reasonable care under the circumstances.

10. That in violation of the aforesaid duty, the Defendant, UNITED STATES OF AMERICA, by and through its agent, servant, and/or employee, JASON S. BATSON, committed one or more of the following negligent acts or omissions:

      a) failed to keep a proper lookout; or
      b) failed to keep its vehicle under control; or
      c) drove at a speed that was greater than was reasonable and proper with regard to traffic conditions in violation of 625 ILCS 5/11-601; or
      d) failed to reduce its vehicle's speed to avoid colliding with the Plaintiff in violation of 625 ILCS 5/11-601; or
      e) operated the vehicle while distracted.

11. That as a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, the Defendant, UNITED STATES OF AMERICA, by and through its

agents, servant, and/or employee, JASON S. BATSON, failed to slow or stop at the intersection and collided with the rear of the Plaintiff's vehicle at a high rate of speed, causing the Plaintiff to suffer and/or incur severe injuries, including but not limited to whiplash, a concussion, pain in her neck, shoulders and back, dizziness and headache. Further, Plaintiff suffered structural damage to her cervical spine that has required her to receive epidural injections, and Plaintiff's orthopedic surgeon has recommended a two-level cervical disc replacement operation to treat the structural damage in her neck. The above collision has additionally caused Plaintiff to incur past and future medical expenses, pain and suffering, disability, loss of a normal life, and loss of wages.

12. Pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2675(a) and 2401(b), the Defendant, UNITED STATES OF AMERICA, by its agent, United States Department of Justice, United States Marshals Service, has failed to make a final disposition within six months and Plaintiff hereby deems this failure to be a final denial of the claim. (A copy of the letter of transmittal with the Administrative Claim dated March 18, 2021, without the included attachments, and the U.S. Department of Justice, United Marshals Service, Office of the General Counsel, acknowledging receipt of the claim on March 23, 2021, is attached and marked as Exhibit "A".).

WHEREFORE, Plaintiff, CASSIE J. FLYNN, prays for judgment against the Defendant, UNITED STATES OF AMERICA, in the amount of Three Million, Five Hundred Seventeen Thousand, One Hundred Ninety-Seven Dollars and Forty-Nine Cents ($3,517,197.49), which will fairly compensate the Plaintiff for the injuries sustained.

## COUNT 2

Now comes the Plaintiff, CASSIE J. FLYNN, by and through her attorney, Eric J. Carlson of the law firm of Byron Carlson Petri & Kalb, LLC, and pleading in the alternative pursuant to Federal Rule of Civil Procedure 8(d)(2) for Count 2 of her Complaint against the Defendant, JASON S. BATSON, states as follows:

1. Plaintiff, CASSIE J. FLYNN brings Count 2 pursuant to Federal Rule of Civil Procedure 8(d)(2) as an alternative to Count 1, in the event the UNITED STATES OF AMERICA denies that at all times relevant that JASON S. BATSON was an agent or employee of the UNITED STATES OF AMERICA acting within the course and scope of his employment.

2. Jurisdiction of Count 2 is based on 28 U.S.C. §1367.

3. Venue is proper in the Southern District of Illinois under 28 U.S.C. §1391, because the alleged acts or omissions giving rise to the claim occurred within the Southern District of Illinois.

4. Plaintiff, CASSIE J. FLYNN, is a United States citizen residing in Madison County, Illinois.

5. Defendant, JASON S. BATSON, is a United States citizen residing in Madison County, Illinois.

6. That on or about December 2, 2019, Defendant, JASON S. BATSON, drove a 2015 Chevrolet Tahoe southbound on Illinois State Route 159 approaching the intersection with Town Center Drive, Maryville, Madison County, Illinois.

7. That on or about December 2, 2019, Plaintiff, CASSIE J. FLYNN, operated a 2019 Volkswagen Passat southbound on Illinois State Route 159 and was stopped at a red light at the intersection with Town Center Drive, Maryville, Madison County, Illinois.

8. That it then and there became the duty of the Defendant, JASON S. BATSON, to operate said vehicle with ordinary and reasonable care under the circumstances.

9. That in violation of the aforesaid duty, the Defendant, JASON S. BATSON, committed one or more of the following negligent acts or omissions:

- a) failed to keep a proper lookout; or
- b) failed to keep his vehicle under control; or
- c) drove at a speed that was greater than was reasonable and proper with regard to traffic conditions in violation of 625 ILCS 5/11-601; or
- d) failed to reduce his vehicle's speed to avoid colliding with the Plaintiff in violation of 625 ILCS 5/11-601; or
- e) operated the vehicle while distracted.

10. That as a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, the Defendant, JASON S. BATSON, failed to slow or stop at the intersection and collided with the rear of the Plaintiff's vehicle at a high rate of speed, causing the Plaintiff to suffer and/or incur severe injuries, including but not limited to whiplash, a concussion, pain in her neck, shoulders and back, dizziness and headache. Further, Plaintiff suffered structural damage to her cervical spine that has required her to receive epidural injections, and Plaintiff's orthopedic surgeon has recommended a two-level cervical disc replacement operation to treat the structural damage in her neck. The above collision has additionally caused Plaintiff to incur past and future medical expenses, pain and suffering, disability, loss of a normal life, and loss of wages.

WHEREFORE, Plaintiff, CASSIE J. FLYNN, in the alternative to Count 1, in the event the UNITED STATES OF AMERICA denies that JASON S. BATSON was acting in the course and scope of his employment, prays for judgment against the Defendant, JASON S. BATSON, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) which will fairly compensate the Plaintiff for the injuries sustained.

Respectfully submitted,

BYRON CARLSON PETRI & KALB, LLC

BY: */s/ Eric J. Carlson*
    Eric J. Carlson #6228973
    411 St. Louis Street
    P.O. Box 527
    Edwardsville, IL 62025
    (618) 655-0600
    (618) 655-4004 (fax)
    ejc@byroncarlson.com
    *Attorneys for Plaintiff*